

FILED

FEB 04 2015

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>JASON MILLER FRIEDMAN and<br>ROBERT LUKASZ RYDLEWSKI,<br>a/k/a Robert Rychterski,<br>a/k/a "Hammer,"<br><br>　　　　Defendants. | CR 15-40019-01<br>　　　　　　-02<br><br>INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance; Conspiracy to Commit Money Laundering<br><br>21 U.S.C. §§ 841(a)(1) and 846<br>18 U.S.C. §§ 1956(a)(1)(B)(ii) and 1956(h) |

The Grand Jury charges:

COUNT 1.

Beginning in approximately January 2012, and continuing through approximately December 2014, in the District of South Dakota and elsewhere, Jason Miller Friedman and Robert Lukasz Rydlewski, a/k/a Robert Rychterski, a/k/a "Hammer," did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 2.

Beginning in approximately January 2012, and continuing through approximately December 2014, in the District of South Dakota and elsewhere,

Jason Miller Friedman did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and willfully conduct financial transactions affecting interstate commerce, to wit: the deposit of funds in various accounts, which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846, knowing the transactions were designed, in whole or in part, to avoid a transaction reporting requirement under state or federal law, and that while conducting and attempting to conduct such financial transactions knew that the funds involved in the financial transactions represented the proceeds of some form of unlawful activity, that is, conspiracy to distribute a controlled substance, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(ii) and 1956(h).

A TRUE BILL:

NAME REDACTED

_____
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By: *[signature]*

[2]